# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 14, 2025

Lyle W. Cayce
Clerk

No. 25-30278
Summary Calendar

Alex Robles,

*Plaintiff—Appellant*,

*versus*

Quirch Foods, L.L.C., *doing business as* Quirch Foods Southeast; Quirch Foods Southeast; United States Department of Labor; Occupational Safety and Health Administration; Office of Administrative Law Judges; State of Louisiana; Hammond City Court; CT Corporation Systems; Scott M. Perrilloux, *District Attorney, 21st Judicial District, State of Louisiana*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-251

_____

Before Dennis, Haynes, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

AFFIRMED. *See* 5th Cir. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.